UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

   v.

RAYMOND YIU LEE,

        Defendant.
_____/

No. CIV. S-09-3473 FCD DAD

**O R D E R**

    The defendant in this matter, RAYMOND YIU LEE, is now appearing in propria persona. Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Dale A. Drozd for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**. Any pending requests shall be referred to the magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-09-3473 FCD DAD PS**.

DATED: February 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE