IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,                          No. CIV S-09-3473 FCD DAD PS

    vs.

RAYMOND YIU LEE,

                                  ORDER

    Defendant.

_____/

        Both parties have filed timely status reports for the status (pretrial scheduling) conference originally set for April 2, 2010.  By minute order filed March 29, 2010, the status conference has been continued to April 9, 2010.

        The undersigned has been informed that each party has stated in its status report that the party is "agreeable to having this action heard before a Magistrate Judge."  (Pl.'s Status Report filed Mar. 18, 2010, at 4; Def't's Status Report filed Mar. 26, 2010, at 3.)  When all parties consent, their case may proceed before a United States Magistrate Judge for all purposes while their right to appeal to the Ninth Circuit Court of Appeals is preserved.  The Clerk will be directed to serve upon defendant, with this order, an appropriate form for consenting to proceed before a magistrate judge.  Plaintiff's counsel may file the form electronically by accessing the "Attorney Info" section of the court's internet website for the Sacramento Division and clicking

1  on "Forms."  Any party choosing to consent may complete the form and return it to the Clerk of
2  the Court.  If a party intends to consent, filing the consent form promptly will facilitate the
3  appropriate scheduling of the case at the status conference on April 9, 2010.
4        Accordingly, IT IS ORDERED that the Clerk of the Court is directed to send the
5  pro se defendant a copy of the form for consenting, or declining to consent, to the jurisdiction of
6  a United States Magistrate Judge.
7  DATED: March 30, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\joehand3473.ord.form