Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 2:09-cv-03473-DAD |
| Plaintiff, | STIPULATION FOR AN ORDER CONTINUING STATUS CONFERENCE; AND ORDER |
| v. | |
| RAYMOND YIU LEE, et al., | |
| Defendant. | |

**TO THE HONORABLE DALE A. DROZD:**

By and through their counsel, Plaintiff Joe Hand Promotions, Inc., and Defendant Raymond Yiu Lee, individually and d/b/a Extreme Sports Lounge, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Status Conference, in the above-entitled action presently set for Friday, April 9, 2010 at 11:00 AM to a new date of April 16, 2010 at 11:00 AM.

The request for the brief continuance is necessitated by the fact that Plaintiff's trial counsel of record (Thomas P. Riley) will be out of town on a vacation.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Status Conference to a new date of Friday, April 16, 2010 at 11:00 AM.

Respectfully submitted,

Dated: April 6, 2010   /s/ *Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

Dated: April 6, 2010   /s/ *Raymond Yiu Lee*
**RAYMOND YIU LEE**
By: Raymond Yiu Lee
Defendant

///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that the Status Conference in civil action number 2:09-cv-03473 DAD styled *Joe Hand Promotions, Inc. v. Raymond Yiu Lee, et al.*, is hereby continued from Friday, April 9, 2010 at 11:00 AM, to Friday, April 16, 2010 at 11:00 AM.

**IT IS SO ORDERED.**

Dated: April 6, 2010

_____
**DALE A. DROZD**
**United States Magistrate Judge**

Ddad1/orders.consent/joehand3473.stipord.cont.sc