Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | Case No. CV 09-3473 DAD |
|---|---|
| Plaintiff, | **REQUEST FOR VOLUNTARY DISMISSAL AND ORDER** |
| vs. | |
| Raymond Yiu Lee, et al., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff requests voluntary dismissal *with prejudice* of the following Defendant: Raymond Yiu Lee, individually and d/b/a Extreme Sports Lounge, and the above-entitled action in its entirety.

This Request for Voluntary Dismissal is made pursuant to FRCP 41(a).

Dated: April 14, 2011     *s/ Thomas P. Riley*
                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                          By: Thomas P. Riley
                          Attorneys for Plaintiff
                          Joe Hand Promotions, Inc.

**ORDER**

Good cause appearing, plaintiff's request for voluntary dismissal (Doc. No. 29) will be granted pursuant to Federal Rule of Civil Procedure 41(a)(2), which provides for voluntary dismissal of an action by the plaintiff by court order after the opposing party has filed an answer or a motion for summary judgment, and it is not possible to obtain a stipulation of dismissal signed by all parties who have appeared. In accordance with plaintiff's request, this action will be dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

**Date: 4/15/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\joehand3473.voldism.ord